UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERNAN MORENO, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-CV-0081 |
| | : | |
| v. | : | (JUDGE NEALON) |
| | : | (MAGISTRATE JUDGE SCHWAB) |
| THE EYE CENTER, ET AL., | : | |
| Defendants | : | |

FILED
SCRANTON
JUL 17 2014

PER _____
DEPUTY CLERK

## ORDER

**NOW**, THIS 17TH DAY OF JULY, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 11), is **NOT ADOPTED**;

2. The Complaint, (Doc. 2), and the Amended Complaint, (Doc. 12), are **DISMISSED with prejudice**, as barred by the applicable statute of limitations;

3. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 7), is **GRANTED** for the sole purpose of filing this action;

4. The Clerk of Court is directed to **CLOSE** this case; and

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
**United States District Judge**